UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

Pamela LaFavors,
                   Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE OR VIDEOCONFERENCE**

20-Mag-12169

Defendant, Pamela LaFavors, hereby voluntarily consents to participate in the following proceeding via videoconferencing:

  __X__    Initial Appearance/Appointment of Counsel

  ____    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

  ____    Preliminary Hearing on Felony Complaint

  ____    Bail/Revocation/Detention Hearing

  ____    Status and/or Scheduling Conference

  ____    Felony Plea/Trial/Sentence

/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Pamela LaFavors
_____
Print Defendant's Name

/s/Amy Gallicchio
_____
Defense Counsel's Signature

Amy Gallicchio
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

12/07/2020
_____
Date

_____
U.S. Magistrate Judge