## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **20-MJ-12169**  Date **9-7-2022**

USAO No. **2020R00675**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint  ☐ Removal Proceedings in

United States v. **Pamela LaFavors**

The Complaint/Rule 40 Affidavit was filed on **11/12/2020**

*U.S. Marshals please withdraw warrant*

TIMOTHY PERTZ  
Digitally signed by TIMOTHY PERTZ  
Date: 2022.08.31 18:48:29 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: Sep 7, 2022

[signature]

UNITED STATES MAGISTRATE JUDGE
ONA T. WANG